UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIYAHU MIRLIS,

    Plaintiff,                                        Case No. 3:18-cv-02082 (MPS)

v.

SARAH GREER,

    Defendant.

## JOINT STATUS REPORT

Pursuant to this Court's Order (Doc. No. 42), the plaintiff, Eliyahu Mirlis ("Plaintiff"), and the defendant, Sarah Greer ("Defendant"), hereby submit the following Joint Status Report:

**A. Status of the Case**

Plaintiff served his initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on Defendant on April 19, 2019. Defendant has not served initial disclosures upon Plaintiff. Plaintiff has commenced discovery by serving his first set of interrogatories and requests for production on Defendant on May 21, 2019. Plaintiff has also served Centreville Bank with a subpoena to produce bank records of Defendant and has received production from Centerville Bank. In addition, Plaintiff has served subpoenas on Start Community Bank and Liberty Bank, seeking production of Defendant's bank records.

A hearing on Plaintiff's Motion for Prejudgment Remedy is scheduled for July 11, 2019, before the Hon. Robert A. Richardson. (*See* Doc. No. 54.) the parties have filed various documents in connection with the hearing, including memoranda of law, lists of witnesses and exhibits, and stipulations.

Plaintiff expects that discovery will be completed within the time set forth in the operative Scheduling Order, as amended.

**B. Referral for Settlement Purposes**

The parties have discussed the desirability of referral to a United States Magistrate Judge or to the District's special masters program. Defendant believes that such referral would be beneficial at this time. Plaintiff believes that such referral would be premature at this time, prior to the completion of discovery.

**C. Trial before a United States Magistrate Judge**

Defendant consents to a trial before a United States Magistrate Judge. Plaintiff does not consent to a trial before a United States Magistrate Judge.

**D. Length of Trial**

The parties estimate that trial will take approximately three full days.

Date: July 2, 2019.

THE PLAINTIFF,
ELIYAHU MIRLIS

By:     /s/ John L. Cesaroni
Matthew K. Beatman (ct08923)
John L. Cesaroni (ct29309)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tele: (203) 368-4234
Fax: (203) 367-9678
Email: mbeatman@zeislaw.com
         jcesaroni@zeislaw.com

THE DEFENDANT,
SARAH GREER

By:     /s/ Jonathan J. Einhorn
Jonathan J. Einhorn (ct00163)
129 Whitney A Venue
New Haven, CT 06510
203-777-3777
einhornlawoffice@gmail.com