UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIYAHU MIRLIS,

    Plaintiff,                                                Case No. 3:18-cv-02082 (MPS)

v.

SARAH GREER,

    Defendant.

## MOTION TO COMPEL COMPLIANCE WITH PLAINTIFF ELIYAHU MIRLIS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO SARAH GREER

Pursuant to Fed. R. Civ. P. 37(a) and Local R. Civ. P. 37, the plaintiff, Eliyahu Mirlis ("Plaintiff"), hereby moves for an order (i) compelling the defendant, Sarah Greer ("Defendant"), to respond to and produce documents, without objection, pursuant to Plaintiff Eliyahu Mirlis' First Set of Interrogatories and Requests for Production of Documents to Sarah and (ii) ordering Defendant and/or her counsel to pay Plaintiff's reasonable expenses in bringing this motion. The grounds for this motion are fully set forth in the memorandum of law in support of this motion, which is filed concurrently herewith.

Dated at Bridgeport, Connecticut, this 5th day of August, 2019.

                                      THE PLAINTIFF,
                                      ELIYAHU MIRLIS

                By: */s/ John L. Cesaroni*
                      Matthew K. Beatman (ct08923)
                      John L. Cesaroni (ct29309)
                      ZEISLER & ZEISLER, P.C.
                      10 Middle Street, 15th Floor
                      Bridgeport, Connecticut 06604
                      Tele: (203) 368-4234
                      Fax: (203) 367-9678
                      Email:  mbeatman@zeislaw.com
                                jcesaroni@zeislaw.com

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on August 5, 2019, copies of the Motion to Compel Compliance with Plaintiff Eliyahu Mirlis' First Set of Interrogatories and Requests for Production was served upon all appearing parties with access to the CM/ECF System by operation of the Court's electronic notification system.

                                          */s/ John L. Cesaroni*
                                          John L. Cesaroni (ct29309)
                                          Zeisler & Zeisler, P. C.
                                          10 Middle Street, 15th Floor
                                          Bridgeport, CT  06604
                                          Tel: (203) 368-4234
                                          Fax: (203) 367-9678
                                          Email: jcesaroni@zeislaw.com