UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIYAHU MIRLIS,

    Plaintiff,                                 Case No. 3:18-cv-02082 (MPS)

v.

SARAH GREER,

    Defendant.

## AFFIDAVIT OF JOHN L. CESARONI REGARDING EXPENSES

STATE OF CONNECTICUT    )
                                        ) ss.    Bridgeport
COUNTY OF FAIRFIELD      )

I, John L. Cesaroni, being duly sworn do depose upon oath and say:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am an associate at Zeisler & Zeisler, P.C., counsel to the plaintiff, Eliyahu Mirlis ("Plaintiff"), and I make this affidavit upon my personal knowledge of the facts set forth herein based on my representation of Plaintiff in this matter as well as a review of my files.

3. I make this affidavit in accordance with this Court's Order (Doc. No. 83), *inter alia*, directing Plaintiff's counsel to file an affidavit specifying expenses incurred with respect to Plaintiff's August 19, 2019 letter (the "Letter") to the Court and the Motion for Sanctions (Doc. No. 77) (the "Motion for Sanctions") filed by Plaintiff.

4. Plaintiff has incurred attorney's fees with respect to the Letter and the Motion for Sanctions. Specifically, Plaintiff's attorneys have expended 7.50 hours for a total expenditure of $2,512.50 on said matters. An itemized list of the time that Plaintiff's counsel has spent to with respect to the Letter and the Motion for Sanctions, in increments of one-tenth of one hour, and a detailed description of the work performed is attached hereto as **Exhibit A**.

_____
John L. Cesaroni

Subscribed and sworn to before me this 9th day of October, 2019.

_____
Notary Public

Anna T. Morgan
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/2022

# EXHIBIT A

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Client: | 13118 | Mirlis, Eliyahu | | | | |
| 2 | Matter: | 0 | | | | | |
| 3 | | | | | | | |
| 4 | Matter | Date | Timekeeper | Hours | Rate | Amount | Narrative |
| 5 | 0 | 8/19/2019 | JLC | 1.70 | 335.00 | 569.50 | Draft letter brief re discovery issues |
| 6 | 0 | 9/11/2019 | JLC | 3.50 | 335.00 | 1172.50 | Draft motion for sanctions for failure to comply with discovery order; legal research re same |
| 7 | 0 | 9/16/2019 | JLC | 0.50 | 335.00 | 167.50 | Continue to draft motion for sanctions |
| 8 | 0 | 9/17/2019 | JLC | 1.80 | 335.00 | 603.00 | Continue to draft motion for sanctions; legal research re same |
| 9 | | TOTALS: | | 7.50 | | 2512.50 | |